No. 74–1200.   DUFFY *v.* BARNES ET AL.   C. A. 3d Cir. Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–1238.   DEPARTMENT OF REVENUE OF WASHINGTON *v.* CARRINGTON Co.   Sup. Ct. Wash.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–5961.   CORMIER *v.* LOUISIANA.   Sup. Ct. La. Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–6164.   GALLOWAY *v.* UNITED STATES.   Ct. App. D. C.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–1138.   KALB ET AL. *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.

No. 74–6273.   WARE *v.* CHICAGO & NORTH WESTERN RAILWAY Co.   C. A. 7th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.

No. 74–6274.   VERGA *v.* VERGA, AKA VIRGA.   Super. Ct. N. J.   Certiorari denied.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.

No. 74–6276.   SMITH, TRUSTEE IN BANKRUPTCY *v.* BRYANT ET AL.   C. A. 5th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.

No. 74–6288.   WILEY *v.* MCMANUS, WARDEN.   C. A. 8th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.